KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER                     21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
SUSANA MIRANDA (AND HUSBAND, MARTIN
LABRE),                                               DOCKET NO:
                                                      08 CV 2293

                        Plaintiffs,

   -against-

7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ABM INDUSTRIES INC.,
ABM JANITORAL NORTHEAST, INC., AMEC                   NOTICE OF
MANAGEMENT, INC., AMEC EARTH                          APPEARANCE
ENVIRONMENTAL, INC., ANTHONY CORTESE
SPECIALIZED HAULING LLC., ATLANTIC
HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.,
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL
INC., BERKEL & COMPANY, CONTRACTORS,
INC., BIG APPLE WRECKING & CONSTRUCTION CORP.,
BOVIS LEND LEASE LMB, INC., BREEZE CARTING
CORP., BREEZE NATIONAL INC., BRER-FOUR
TRANSPORTATION CORP., BURO HAPPOLD
CONSULTING ENGINEERS, P.C., C.B. CONTRACTING
CORP., CANRON CONSTRUCTION CORP., CORD
CONTRACTING CO., INC., DAKOTA DEMO TECH;
DIAMOND POINT EXCAVATING CORP., DIEGO
CONSTRUCTION, INC., DIVERSIFIED CARTING, INC.,
DMT ENTERPRISE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., EAGLE LEASING &

INDUSTRIAL SUPPLY INC., EAGLE ONE ROOFING
CONTRACTORS, INC., ED DAVIES, INC., EN-TECH
CORP., EVERGREEN RECYCLING OF CORONA
(EROC) EWELL W. FINLEY, P.C., EXECUTIVE
MEDICAL SERVICES, P.C, FLEET TRUCKING, INC.,
FRANCIS A. LEE EXTERIOR RESTORATION; INC.,
FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK
LLP., GOLDSTEIN KOCH SKANSKA INC., LAQUILA
CONSTRUCTION INC., LASTRADA GENERAL
GENERAL CONTRACTING CORP., LESLIE E.
ROBERTSON ASSOCIATES CONSULTING
ENGINEERS, P.C., LIBERTY MUTUAL GROUP;
LOCKWOOD, KESSLER & BARTLESS, INC.
LUCIUS PITKIN, INC., LZA TECH-DIV OF
THORTON TOMASTEEI, MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI
WRECKING INC., HUDSON MERIDIAN CONSTRUCTION
GROUP; LLC F/K/A MERIDIAN CONSTRUCTION CORP.,
MORETRENCH AMERICAN CORP., MRA
ENGINEERING, P.C., MUESER RUTLEDGE
CONSULTING ENGINEERS, INC., NACIREMA
INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP., NICHOLSON
CONSTRUCTION COMPANY; PETER SCALAMANDRE
& SONS, INC., PINNACLE ENVIRONMENTAL CORP.,
PLAZA CONSTRUCTION CORP., PLAZA
CONSTRUCTION CORP., PRO SAFETY SERVICES, LLC.;
PT & L CONTRACTING CORP., ROBERT SILMAN
ASSOCIATES, ROBERT L. GEROSA, INC., RODAR
ENTERPRISES, INC., ROYAL GM, INC.,
SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL
CORP., SEASONS INDUSTRIAL CONTRACTING;
SEMCOR EQUIPMENT & MANUFACTURING CORP.,
SILERITE CONTRACTING CORPORATION; SIMPSON
GUMPERTZ & HEDGER, INC., SKIDMORE, OWING &
MERRILL LLP; SURVIVAIR, TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK; TISHMAN INTERIORS
CORPORATION; TISHMAN SPEYER PROPERTIES;
THORTON-TOMASETTI, GROUP, INC., TORRETTA
TRUCKING, INC., TOTAL SAFETY CONSULTING, LLC.,
TUCCI EQUIPMENT RENTAL CORP., TULLY CONSTRUCTION
CO., INC., TURNER CONSTRUCTION COMPANY; ULTIMATE
DEMOLITION CS HAULING (JOINT VENTURE);  VOLLMER

ASSOCIATES LLP., WEEKS MARINE INC., WEIDLINGER
ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY
CONTRACTING INC., WOLKOW-BRAKER ROOKING
CORP., WORLD TRADE CENTER PROPERTIES, LLC.,
WSP CANTOR SEINUK, YANUZZI & SONS, INC., YONKERS
CONTRACTING COMPANY, INC., YORK
HUNTER CONSTRUCTION, LLC., ZIEGENFUSS
DRILLING, INC.,

OFF SITE:
100 CHURCH, LLC, 150 BROADWAY CORP.,
150 BROADWAY N.Y. ASSOCIATES, L.P., 225
BROADWAY COMPANY LP., 50 TRINITY,
LLC., 59 MAIDEN LANE ASSOCIATES, LLC.,
88 GREENWICH LLC,. AJ GOLDSTEIN & CO.,
ALAN KASMAN DBA KASCO, ALAN L.
MERRILL, AMBIENT GROUP, INC., ANN TAYLOR
STORES CORPORATION, AT&T WIRELESS
SERVICES, INC., BAILEY N.Y. ASSOCIATES,
BANKERS TRUST COMPANY, BATTERY PARK CITY
AUTHORITY, BETTY JEAN GRANQUIST, BFP ONE
LIBERTY PLAZA CO., LLC., BLACK DIAMONDS, LLC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC., D/B/A BMS CAT, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM, BRAUN
MANAGEMENT INC., BROADWAY WEST STREET
ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES LP., BROOKFIELD
PARTNER, LP., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., BT PRIVATE CLIENTS CORP.,
CAROL GAYNOR TRUST, CAROL GAYNOR, AS
TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL
MERRIL GAYNOR, CUNNINGHAM DUCT CLEANING CO.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, IC., FGP 90 WEST
STREET INC., FRED GOLDSTEIN, GENERAL
RE SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., GRUB & ELLIS
MANAGEMENT SERVICES, HARLAND GAYNOR,
AS TRUSTEE UNDER A DECLARATION OF TRUST,

HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L. BLUM,
AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT
OF LOUIS W. GOLDSTEIN, HIGHLAND DEVELOPMENT
LLC., HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS TRUSTEE
UNDER DECLARATION OF TRUST, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES, LAW ENGINEERING, P.C.,
MARGARET G. WATERS, MARGUERITE K. LEWIS,
AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT
OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN,
AS TRUSTEE OF THE GOLDSTEIN FAMILY,
MERRILL LYNCH & CO., INC. MOODY'S
HOLDINGS, INC., NATALIE S. LEBOW,
AS TRUSTEE OF THE JEREMIAH PHILLIP
LEBOW REVOCABLE TRUST, NATALIE S.
LEBOW, AS TRUSTEE OF THE JERRY P.
LEBOW FAMILY TRUST, NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP., NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA,
INC. NOMURA SECURITIES INTERNATIONAL,
INC., ONE LIBERTY PLAZA, ONE WALL
STREET HOLDINGS, LLC., PAMELA BETH
KLEIN, AS TRUSTEE OF THE PAMELA AND
ROWAN KLEIN TRUST, R Y MANAGEMENT
CO., INC., ROWAN K. KLEIN, AS TRUSTEE OF THE
PAMELA AND ROWAN K. KLEIN TRUST,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., RUTH G. LEBOW, RY MANAGEMENT,
SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER
THE DECLARATION OF TRUST, STEEPLECHASE
ACQUISITIONS, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
SYLVIA R. GOLDSTEIN, THE BANK OF NEW
YORK COMPANY, INC., THE BANK OF NEW YORK
TRUST COMPANY, NA THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE ONE LIBERTY

PLAZA CONDOMINIUM (CONDO # 1178), TISHMAN
INTERIORS CORPORATION, TOSCORP.,
INC., TRC ENGINEERS, INC., TUCKER
ANTHONY, LLC., TULLY CONSTRUCTION CO.,
INC., TULLY INDUSTRIES, INC., VERIZON
NEW YORK, INC., WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP
ONE LIBERTY PLAZA CO., GP., CORP., WFP
TOWER A. CO., WFP TOWER A CO., G.P.,
CORP., WFP TOWER A. CO., L.P., WFP TOWER
B CO., G.P., CORP., WFP TOWER B. HOLDING
CO., L.P., WFP TOWER B. CO., LP., WORLD FINANCIAL
PROPERTIES, INC., L.P., and ZAR REALTY
MANAGEMENT CORP., et al.

                         **Defendants.**
------------------------------------------------------------------X
To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

              **CUNNINGHAM DUCT WORK s/h/i/a**
              **CUNNINGHAM DUCT CLEANING CO., INC.**

   I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 28, 2008                    Kevin G. Horbatiuk
                                         Kevin G. Horbatiuk (KGH4977)
                                         Matthew P. Mazzola (MM7427)
                                         Attorneys for Defendant
                                         **CUNNINGHAM DUCT WORK s/h/i/a**
                                         **CUNNINGHAM DUCT CLEANING CO.,**
                                         **INC.**
                                         RUSSO, KEANE & TONER, LLP
                                         26 Broadway, 28th Floor
                                         New York, New York 10004
                                         (212) 482-0001
                                         RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **SUSANA MIRANDA and MARTIN LABRE,**
      115 Broadway 12th Floor
      New York, New York 10006

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**SUSANA MIRANDA and MARTIN LABRE**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*

**KEVIN G. HORBATIUK**