UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC103(AKH) |

SUSANA MIRANDA, (AND HUSBAND, MARTIN LABRE),                    08CV2293(AKH)

**NOTICE OF APPEARANCE**

Plaintiff(s),

-against-

100 CHURCH LLC, et al.,

Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:     New York, New York
           May 14, 2008

Yours etc.,

HARRIS BEACH PLLC
*Attorneys for Defendant*
**100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

_____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on May 14, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008


_____/s/_____
Stanley Goos, Esq. (SG 7062)