UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 103 (AKH)

───────────────────────────────────────────

SUSANA MIRANDA AND MARTIN LABRE,                  08-CIV-2293 (AKH)

              Plaintiffs,                 **NOTICE OF TRC
                                                  ENGINEERS, INC.'S
                                                  ADOPTION OF ANSWER
   -against-                                     TO MASTER COMPLAINT**

100 CHURCH, LLC, ET. AL.,

              Defendants.
───────────────────────────────────────────

      PLEASE TAKE NOTICE THAT Defendant TRC Engineers, Inc. ("TRC"), as and for its response to the allegations set forth in the Complaint by Adoption ("Check-Off Complaint") Related to the Master Complaint filed in the above referenced action, hereby adopts TRC's Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that TRC's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, TRC denies knowledge or information sufficient to form a belief as to the truth of such specific allegations. TRC further reserves its right to assert cross-claims against its co-defendants to the extent such cross-claims are not already deemed to have been asserted by court order.

      WHEREFORE, TRC demands judgment dismissing the above-captioned action as

against it, together with its costs and disbursements.

Dated: Albany, New York
      May 15, 2007

                                    WHITEMAN OSTERMAN & HANNA LLP

                                    /s/ John J. Henry

         By: _____

                                  John J. Henry (JH-7137)
                                  Attorneys for Defendant TRC Engineers, Inc.
                                  One Commerce Plaza
                                  Albany, New York 12260
                                  (518) 487-7600

W:\12000\12049\Pleadings\TRC's Notices of Adoption of Answer to Master Complaint\21 MC 103\Miranda, Susana & Labre, Martin 08-CIV-2293.doc

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer

W:\12000\12049\Pleadings\TRC's Notices of Adoption of Answer to Master Complaint\21 MC 103\Miranda, Susana & Labre, Martin 08-CIV-2293.doc

3