Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 103 (AKH)

SUSANA MIRANDA (AND HUSBAND,      Index No.: 08-CV-2293
MARTIN LABRE),

                                           **NOTICE OF ADOPTION OF ANSWER**
                   Plaintiff(s),          **TO MASTER COMPLAINT**

    -against-                            **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                   Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 22, 2008

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendant
                                  RY MANAGEMENT CO., INC., i/s/h/a RY
                                  MANAGEMENT (hereinafter referred to as "RY"),

                                  By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel