UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------- X
:
IN RE: COMBINED WORLD TRADE CENTER AND LOWER : 21 MC 103 (AKH)
MANHATTAN DISASTER SITE LITIGATION (STRADDLER :
PLAINTIFFS) :
:
------------------------------------------------------------------------------------- X
:
SUSANA MIRANDA (AND HUSBAND, MARTIN LABRE), : 08-CV-2293 (AKH)
:
                Plaintiffs, :
:
-against- :
:
ON SITE: :
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; : **FGP 90 WEST STREET,**
ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; : **INC.'S NOTICE OF**
AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & : **ADOPTION OF ANSWER**
ENVORONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED : **TO MASTER COMPLAINT**
HAULING LLC; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, :
INC.; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, :
INC.; BERKEL & COMPANY, CONTRACTORS, INC.; BIG APPLE :
WRECKING & CONSTRUCTION CORP; BOVIS LEND LEASE LMB, :
INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER- :
FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING :
ENGINEERS, P.C; C.B. CONTRACTING CORP; CANRON :
CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; :
DAKOTA DEMO-TECH ; DIAMOND POINT EXCAVATING CORP ; :
DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT :
ENTERPRISE, INC. D'ONOFRIO GENERAL CONTRACTORS CORP.; :
EAGLE LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE :
ROOFING CONTRACTORS INC; EJ DA VIES, INC.; EN-TECH :
CORP.; EVERGREEN RECYCLING OF CORONA(EROC); EWELL W. :
FINLEY, P.C; EXECUTIVE MEDICAL SERVICES, P.C; FLEET :
TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, :
INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP, :
GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; :
HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; :
KOCH SKANSKA INC; LAQU1LA CONSTRUCTION INC.; :
LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. :
ROBERTSON ASSOCIATES CONSULTING ENGIINEERS P.C; :
LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, :
INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON :
TOMASETTI; MANAFORT BROTHERS INCORPORATED; :
MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN :
CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION :
CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, :

PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC; :
NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & :
EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; :
PETER SCALAMANDRE & SONS, INC.; PINNACLE :
ENVIRONMENTAL CORP.;PLAZA CONSTRUCTION CORP.; PRO :
SAFETY SERVICES LLC; PT & I. CONTRACTING CORP.; ROBER :
SILMAN ASSOCIATES; ROBERT L GEROSA, INC.; RODAR :
ENTERPRISES, INC.; ROYAL GM, INC; SAB TRUCKING INC; :
SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL :
CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING :
CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON :
GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; :
SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF :
MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF :
NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN :
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; :
TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, :
L.L.C; TUCCI EQUIPMENT RENTAL CORP.; TULLY :
CONSTRUCTION CO, INC.; TURNER CONSTRUCTION COMPANY; :
ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); :
VOLLMER ASSOCIATES LLP.; WEEKS MARINE, INC; :
WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C; :
WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING :
CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR :
SEINUK; YANNUZZI & SONS, INC; YONKERS CONTRACTING :
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; :
ZIEGENFUSS DRILLING, INC, :
OFF SITE: :
100 CHURCH, LLC, 150 BROADWAY CORP, 150 BROADWAY N.Y. :
ASSOCS. L. P,, 225 BROADWAY COMPANY LP, 50 TRINITY, LLC, :
59 MAIDEN LANE ASSOCIATES, LLC, 88 GREENWICH LLC, AJ :
GOLDSTEIN & CO, ALAN KASMAN DBA KASCO, ALAN L. :
MERRIL, AMBIENT GROUP, INC, ANN TAYLOR STORES :
CORPORATION, AT&T WIRELESS SERVICES, INC, BAILEY N.Y. :
ASSOCIATES, BANKERS TRUST COMPANY, BATTERY PARK :
CITY AUTHORITY, BETTY JEAN GRANQUIST, BFP ONE LIBERTY :
PLAZA CO., LLC,, BLACK DIAMONDS LLC, BLACKMON- :
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, :
BOARD OF MANAGERS OF THE HUDSON VIEW EAST :
CONDOMINIUM, BRAUN MANAGEMENT INC, BROADWAY WEST :
STREET ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD :
FINANCIAL PROPERTIES, INC, BROOKFIELD FINANCIAL :
PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD :
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES :
HOLDINGS INC, BT PRIVATE CLIENTS CORP, CAROL GAYNOR :
TRUST, CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR :
TRUST, CAROL MERRIL GAYNOR, CUNNINGHAM DUCT :
CLEANING CO, INC, DEUTSCHE BANK TRUST :
COMPANY.DEUTSCHE BANK TRUST COMPANY AMERICAS, :
DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN :
AIR, INC, FGP 90 WEST STREET INC, FRED GOLDSTEIN, :
GENERAL RE SERVICES CORP, GPS ENVIRONMENTAL :
CONSULTANTS, INC, GRUBB & ELLIS MANAGEMENT SERVICES, :

HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF : 
TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A : 
DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE : 
UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. : 
GOLDSTEIN, HIGHLAND DEVELOPMENT LLC, HILLMAN : 
ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST : 
CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, IDELL : 
GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, : 
INDOOR ENVIRONMENTAL TECHNOLOGY, INC, KASCO : 
RESTORATION SERVICES CO, KIBEL COMPANIES, LAW : 
ENGINEERING P.C, MARGARET G. WATERS,MARGUERITE K. : 
LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT : 
OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE : 
OF THE GELBIN FAMILY, MERRILL LYNCH & CO, INC, MOODY'S : 
HOLDINGS, INC, NATALIE S. LEBOW, AS TRUSTEE OF THE : 
JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. : 
LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, : 
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC, NEW : 
LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL : 
DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL : 
DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, : 
INC, NOMURA SECURITIES INTERNATIONAL, INC, ONE LIBERTY : 
PLAZA, ONE WALL STREET HOLDINGS, LLC, PAMELA BETH : 
KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN : 
TRUST, R Y MANAGEMENT CO, INC, ROWAN K. KLEIN, AS : 
TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROYAL : 
AND SUNALLIANCE INSURANCE GROUP, PLC, RUTH G. LEBOW, : 
RY MANAGEMENT, SHIRLEY G. SHOCKLEY, AS TRUSTEE : 
UNDER DECLARATION OF TRUST, STEEPLECHASE : 
ACQUISITIONS LLC, STRUCTURE TONE (UK), INC, STRUCTURE : 
TONE GLOBAL SERVICES, INC, SYLVIA R. GOLDSTEIN, THE : 
BANK OF NEW YORK COMPANY, INC, THE BANK OF NEW YORK : 
TRUST COMPANY NA, THE BOARD OF MANAGERS OF THE ONE : 
LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE : 
LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TISHMAN : 
INTERIORS CORPORATION, TOSCORP INC, TRC ENGINEERS, INC, : 
TUCKER ANTHONY, INC, TULLY CONSTRUCTION CO, INC, : 
TULLY INDUSTRIES, INC, VERIZON NEW YORK, INC, WESTON : 
SOLUTIONS, INC, WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE : 
LIBERTY PLAZA, CO. GP, CORP, WFP TOWER A CO,WFP TOWER : 
A CO. G.P. CORP, WFP TOWER A. CO, L.P, WFP TOWER B CO. G.P. : 
CORP, WFP TOWER B HOLDING CO, LP, WFP TOWER B. CO, L.P, : 
WORLD FINANCIAL PROPERTIES, L.P, AND ZAR REALTY : 
MANAGEMENT CORP., ET AL :
: 
                                    Defendants. :
-------------------------------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the matter captioned *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in that matter. To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
July 28, 2008

By:    s/ Keara M. Gordon
Keara M. Gordon
Michael D. Hynes
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501
keara.gordon@dlapiper.com

Robert J. Mathias (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*